IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID CASTLEBERRY,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 16-cv-5473 |
| | : | |
| **ALEX J. KOVACH, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this __26TH__ day of April, 2018, upon review of the Court's January 26, 2018, Order (Doc. No. 13) Dismissing the City of Philadelphia from this case, it is hereby

**ORDERED** that the caption in this matter is amended to read:

DAVID CASTLEBERRY,
       Plaintiff,
  v.

ALEX J. KOVACH
Philadelphia Police Officer, Badge #634

And

ROBERT WIMSEY
Philadelphia Police Officer, Badge #5332,
       Defendants.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Michael I. McDermott, Esquire
Armando Brigandi, Esquire
Rebecca Prosper, Esquire